■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD LOTT, Appellant.—Motion by the appellant *pro se* for a writ of error coram nobis to vacate a decision and order of this court dated October 3, 1988 [143 AD2d 686], which determined an appeal from a judgment of the Supreme Court, Queens County, rendered February 4, 1985.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

Ordered that the motion is denied.

The defendant has failed to establish that he was denied the effective assistance of counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Lawrence and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN BAPTISTE LUCZER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered June 8, 1988, convicting him of criminal sale of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

The defendant is not currently incarcerated or under parole supervision. All efforts by assigned counsel to locate the defendant have been unsuccessful. Accordingly, it appears that the appeal is abandoned *(see, People v Jinks,* 140 AD2d 371; *People v Southerland,* 136 AD2d 662). Mangano, P. J., Kunzeman, Kooper, Sullivan and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER MARTINEZ, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Lagana, J.), imposed June 2, 1986.

Ordered that the appeal is dismissed *(see, People v Smith,* 74 NY2d 1, 9). Brown, J. P., Rubin, Balletta and Miller, JJ., concur.